**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS FORBES, et al., | No. CIV S-07-0703-FCD-CMK-P |
| Plaintiffs, | |
| vs. | <u>ORDER</u> |
| SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Lewis Forbes, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Co-plaintiff Sarah Rochon, plaintiff Forbes' wife, is not incarcerated.  Pending before the court is plaintiffs' request for leave to proceed in forma pauperis (Doc. 2).  Plaintiffs' complaint will be addressed separately.

Plaintiffs have submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiffs' motion for leave to proceed in forma pauperis is granted;

/ / /

1

1    2.   Plaintiffs are required to pay the full statutory filing fee of $350.00 for this
2 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);
3    3.   No initial partial filing fee will be assessed pursuant to 28 U.S.C.
4 § 1915(b)(1); and
5    4.   Plaintiffs will be obligated for monthly payments of twenty percent of the
6 preceding month's income credited to plaintiff Forbes' prison trust account, such payments to be
7 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff
8 Forbes' account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28
9 U.S.C. § 1915(b)(2).

DATED: April 17, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE