IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS FORBES, et al., | No. CIV S-07-0703-FCD-CMK-P |
| Plaintiffs, | |
| vs. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |
| _____ / | |

     Plaintiff Lewis Forbes, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Co-plaintiff Sarah Rochon, plaintiff Forbes' wife, is not incarcerated. Pending before the court is plaintiffs' motion for appointment of counsel (Doc. 8), filed on May 21, 2007.

     The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36

1  (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional
2  circumstances.
3        Accordingly, IT IS HEREBY ORDERED that plaintiffs' request for the
4  appointment of counsel is denied.

6  DATED: May 23, 2007.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE