IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS FORBES, et al., | No. CIV S-07-0703-FCD-CMK-P |
| Plaintiffs, | |
| vs. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff Lewis Forbes, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Co-plaintiff Sarah Rochon, plaintiff Forbes' wife, is not incarcerated. Pending before the court is plaintiffs' motion for an extension of time to file objections to the court's May 25, 2007, findings and recommendations. Good cause appearing therefor, the request will be granted.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    Plaintiffs' motion for an extension of time (Doc. 11) is granted; and

3      2.    Within 40 days of the date of this order, any party may file objections to

4  the May 25, 2007, findings and recommendations.

6  DATED: June 20, 2007.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

2